# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| ALEX CROFT | ) | 1:17-MJ-441 |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __September 30, 2017__ in the county of __Loudoun__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 49 USC § 46504 | Intereference with Flight Crew Members or Flight Attendants. |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

AUSA Jonathan L. Fahey/SAUSA Philip Trout

_____
Complainant's signature

Douglas M. Mohl, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 10/2/17

_____/s/_____
Theresa Carroll Buchanan
United States Magistrate Judge
Judge's signature

City and state: Alexandria, VA

Hon. Theresa Carroll Buchanan, U.S. Magistrate Judge
Printed name and title