IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | |
| ) | Case No. 1:17-mj-441 |
| ALEX CROFT ) | |
| ) | |
| Defendant.  ) | |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

1. I, Douglas M. Mohl, have been employed as a Special Agent of the Federal Bureau of Investigation ("FBI") for over nine years. Since May 2016, I have been assigned to the Washington Field Office of the FBI, where I investigate violations of federal law which occur within the airport environment and onboard aircraft.

2. This affidavit is submitted in support of a criminal complaint charging Alex CROFT ("CROFT") with Interference With Flight Crew Members Or Flight Attendants, in violation of Title 49, United States Code, Section 46504, which occurred on September 30, 2017 while on board United Airlines flight 914 from Paris, France to Washington Dulles International Airport in Dulles, Virginia.

3. The facts set forth in this statement of probable cause are based on my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses. All observations not personally made by me were related to me by the individuals who made them or were conveyed to me by my review of records, documents, and other physical evidence obtained during the course of this investigation. This statement is

intended to show that there is probable cause for the violation and does not purport to set forth all of my knowledge or investigation into this matter.

4. On September 30, 2017, I interviewed a witness flight attendant ("LR"). LR stated, among other things, the following:

   a. On September 30, 2017, LR was serving as a flight onboard United Airline flight 914 from Paris, France, to Washington Dulles International Airport in Dulles, Virginia. During the first beverage service on the flight, CROFT ordered one glass of red wine from LR. LR served CROFT a glass of wine and soon after noted CROFT's eyes appeared to be "medicated," and that he was slow to comprehend information. LR instructed other flight attendants not to serve CROFT additional alcoholic beverages.

   b. LR later returned to the galley and observed CROFT standing with a bottle of wine. LR was unsure where CROFT obtained this bottle of wine. LR took possession of this bottle wine and CROFT returned to his seat.

7. On September 30, 2017, I interviewed another witness flight attendant ("AS"). AS stated, among other things, the following:

   a. On September 30, 2017, AS was serving as a flight attendant onboard United Airline flight 914 from Paris, France, to Washington Dulles International Airport in Dulles, Virginia. While AS was working in the rear of the aircraft, AS saw CROFT look out of the window of the left of emergency exit. CROFT then stated to AS, "I need to get off this plane." AS then saw CROFT attempt to open the emergency exit. AS instructed

  CROFT to return to his seat in seat 40D. CROFT then returned to his seat in seat 40D.

 b. Approximately five minutes after AS's previous encounter with CROFT, CROFT came to the rear of the aircraft, ran to the same emergency exit door, and attempted to open the emergency exit door. AS had to physically remove CROFT from the area of the emergency exit.

7. On September 30, 2017, I interviewed a witness Federal Air Marshall ("DD"). DD stated, among other things, the following:

 c. On September 30, 2017, DD was serving as a Federal Air Marshall onboard United Airline flight 914 from Paris, France, to Washington Dulles International Airport in Dulles, Virginia. DD, who was in seat 38F, heard AS yelling, "Sir, sir!" DD went to the back of the aircraft to investigate the commotion. DD witnessed CROFT returning to his seat, and AS told DD the details of how CROFT attempted to open the emergency exit door. At that point, DD did not yet identify himself as a Federal Air Marshall, and he remained standing by the emergency exit door in the rear of the aircraft.

 d. Approximately 45 minutes prior to landing, CROFT again came to the emergency exit door and attempted to open the emergency exit door while the aircraft was in flight. DD grabbed CROFT, broke cover, identified himself as a Federal Air Marshall, and restrained CROFT. CROFT was restrained for the remainder of the flight.

8. Upon the aircraft's arrival on September 30, 2017 to Washington Dulles International Airport, which is within the Eastern District of Virginia, CROFT was detained by Metropolitan Washington Airport Authority police officers and Customs and Border Protection officers. CROFT was escorted to a holding cell in a Customs and Border Protection processing area.

## CONCLUSION

9. CROFT attempted on three separate occasions to open the aft, left emergency exit door while the aircraft was in flight. In order to protect the aircraft, flight attendants had to divert their attention from their regularly assigned duties, thus interfering with the duties of the flight crew.

10. Based on the foregoing, I submit there is probable cause to believe that on or about September 30, 2017, onboard an aircraft in the special aircraft jurisdiction of the United States, CROFT interfered with flight crew members or flight attendants in violation of Title 49, United States Code, Section 46504.

Douglas M. Mohl
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me this the day of October 2, 2017.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

The Honorable Theresa C. Buchanan
United States Magistrate Judge

Alexandria, Virginia