AO 470 (8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF VIRGINIA



FILED

OCT - 2 2017

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

UNITED STATES OF AMERICA

v.

Alex Croft

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

CASE NO.   17mJ441

Upon motion of the United States Government, it is hereby ORDERED that a

detention hearing is set for ____10|4|17____ at ____2:00 pm____

before the Honorable <u>Theresa Carroll Buchanan</u> in Courtroom 500 at

401 Courthouse Square Alexandria, Virginia.

Pending this hearing, the defendant shall be held in custody by the United

States Marshal and produced for the hearing.

Date: 10|2|17

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

**Theresa Carroll Buchanan
United States Magistrate Judge**

---

*If not held immediately upon defendant's first appearance, the hearing maybe continued for up to three days upon motion of the
Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the
grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion
of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or
(b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a
prospective witness or juror.