IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED IN OPEN COURT
OCT -6 2017
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No.1:17-MJ-441 |
| v. ) | CLASS A MISDEMEANOR |
| ) | Court Date: 10/6/2017 |
| ALEX DAVIS CROFT, ) | |
| ) | |
| Defendant. ) | |

CRIMINAL INFORMATION
(Count 1 - CLASS A MISDEMEANOR)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about September 30, 2017, onboard a flight from Paris, France to Washington Dulles International Airport, in Loudoun County, in the Eastern District of Virginia, the defendant, ALEX DAVIS CROFT, did knowingly forcibly assault, resist, oppose, impede, intimidate, or interfere with an officer or employee of the United States or any agency in any branch of the United States Government while engaged in or on account of the performance of official duties, where such acts constitute simple assault.

(Violation of Title 18, United States Code, Section 111(a)(1)).

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____
Philip Trout
Special Assistant U.S. Attorney
Attorney for the United States
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703)-299-3700

Fax: (703)-299-3980
Philip.B.Trout@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Criminal Information will be hand delivered to the defendant on the 6th day of October, 2017.

_____
Philip Trout
Special Assistant United States Attorney